AO 106A (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT
for the
Middle District of Louisiana

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )  Case No. 23-MJ-86
Kentro Taylor, Date of Birth 08/02/1973, )
Social Security Number XXX-XX-3300 )
)

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

ATTACHMENT A

located in the      Middle      District of      Louisiana      , there is now concealed *(identify the person or describe the property to be seized)*:

ATTACHMENT B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☐ contraband, fruits of crime, or other items illegally possessed;
☐ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18:922(g)(1) | Possession of a Firearm by a Convicted Felon |

The application is based on these facts:

SEE AFFIDAVIT ATTACHED

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Jordon Lear, TFO, ATF
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by   telephone   *(specify reliable electronic means)*.

Date: August 31, 2023

_____
*Judge's signature*

City and state: Baton Rouge, LA        Honorable Scott D. Johnson, Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A SEARCH WARRANT

I, Jordon Lear, being duly sworn, hereby state as follows:

### INTRODUCTION AND BACKGROUND

1. I am a Task Force Officer (TFO) with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) in Baton Rouge, Louisiana, and have been so since September 2021. I have been employed by the Baton Rouge Police Department ("BRPD") since June 2006, and I am currently a Sergeant in the Task Force Division. Prior to being assigned to the Task Force Division in September 2021, I was assigned to the BRPD Robbery Division. In addition, I am a member of the East Baton Rouge Parish Crime Gun Intelligence Group. I have attended and successfully completed TFO training with ATF. I have conducted and been involved in numerous federal investigations relating to federal firearms violations. As a result of my training, general knowledge, and experience as a TFO with ATF, I am familiar with the federal firearms laws. I know that it is a violation of Title 18, United States Code, Section 922(g)(1), for a convicted felon to possess a firearm. I am authorized to apply for and execute both search and arrest warrants for offenses enumerated in Title 18 of the United States Code.

2. This affidavit is made in support of a search warrant for samples of deoxyribonucleic acid (DNA), which are to be obtained via cotton/buccal swab, or cheek swab from KENTRO TAYLOR ("TAYLOR"). A buccal swab is a sterile cotton, which is used to collect cheek cells and/or saliva.

3. I have set forth facts that I believe are essential to establish probable cause for the search warrant sought. As further detailed below, there is probable cause to believe that TAYLOR, did knowingly possess a firearm, in or affecting interstate or foreign commerce, and before possessing the firearm, TAYLOR had been convicted in a court of a crime

punishable by imprisonment for a term exceeding one year, a felony, and TAYLOR knew he was prohibited at the time he possessed the firearm and ammunition, in violation of Title 18, United States Code, Section 922(g)(1), possession of a firearm by a convicted felon. I make this affidavit based upon my personal knowledge derived from my participation in this investigation and upon information relayed to me from other members of ATF. Because this affidavit is being submitted for the limited purpose of securing a search warrant, I have not included each and every fact known to me concerning this investigation. I have set forth facts that I believe are sufficient to obtain search warrant for samples from KENTRO TAYLOR to submit for DNA testing.

## PROBABLE CAUSE

4. The person to be searched is KENTRO TAYLOR ("TAYLOR"), a black male, approximately 6 foot 2 inches tall, weighing approximately 160 pounds, born on or about August 2, 1973. A photograph of TAYLOR is included in Attachment A to this affidavit.

5. TAYLOR is presently located within the Middle District of Louisiana at the East Baton Rouge Parish Prison.

6. A search of TAYLOR's criminal history and corresponding court records show that in 1996 he was convicted in the 19th Judicial District of Louisiana of Armed Robbery, a felony punishable by imprisonment for a term exceeding one year. Additional records show that TAYLOR has also been convicted of other felonies punishable by imprisonment for a term exceeding one year, including:

    a. In 2009, TAYLOR was convicted in the 7th Judicial District of Nevada of battery by an inmate.

  b. In 2005, TAYLOR was convicted in the 8th Judicial District of Nevada of numerous felonies, including conspiracy to commit murder and attempt murder with use of a deadly weapon.

  c. In 1992, TAYLOR was convicted in the 19th Judicial District of Louisiana of two separate counts of attempted manslaughter.

7. In October 2020, TAYLOR was arrested on one count of first degree murder and two counts of attempted first degree murder stemming from a shooting in Baton Rouge that occurred on September 6, 2020. A 19th Judicial District Court grand jury indicted TAYLOR on one count of second degree murder and two counts of attempted second degree murder on February 24, 2021. In or about April 2021, TAYLOR posted a $350,000 bond and was released from jail.

8. On September 17, 2021, while out on bail in the murder case, TAYLOR was involved in a two-vehicle crash at the intersection of Greenwell Springs Road and Lanier Drive in East Baton Rouge Parish. TAYLOR was the driver and sole occupant of one of the vehicles in the crash. On the passenger seat of the vehicle that TAYLOR was driving at the time of the crash was a 9mm Smith & Wesson pistol that had previously been reported stolen. The firearm had an extended magazine loaded with 21 rounds of ammunition. After being treated by medics and transported to a hospital, TAYLOR was arrested by Baton Rouge police officers on four counts: (a) driving while intoxicated, first offense; (2) reckless operation of a vehicle; (3) possession of a firearm by a convicted felon; and (4) illegal possession of a stolen firearm.

9. TAYLOR's blood was drawn after the crash, and the blood was sent to the Louisiana State Police ("LSP") lab for testing. Test results showed that it was positive for fentanyl and THC.

10. TAYLOR has been in custody at the East Baton Rouge Parish Prison since his September 18, 2021 arrest.

11. The 9mm Smith & Wesson (SN: FBK0320) recovered from the vehicle that TAYLOR was driving on September 17, 2021, was swabbed for DNA that day. The extended magazine and at least some of the 21 rounds of ammunition also were swabbed for DNA. The swabs were placed inside cartons, sealed inside evidence envelopes, and submitted to the BRPD Evidence Division.

12. A National Integrated Ballistic Information Network ("NIBIN") search performed on the 9mm Smith & Wesson (SN: FBK0320) indicated that the same firearm had been previously used in two separate shooting incidents, one fatal and one non-fatal, in Baton Rouge in August of 2021. Those shootings remain under investigation.

13. As part of an ongoing investigation, law enforcement agencies are examining the recovered firearm and ammunition, which may contain the DNA of TAYLOR or one or more of his known associations, which would be relevant to this ongoing criminal investigation into alleged violations of federal laws.

14. The LSP lab will conduct the analysis of the controlled sample of KENTRO TAYLOR's DNA. TAYLOR's DNA will be compared against any DNA profiles extracted/collected during the processing of the aforementioned evidence.

## CONCLUSION

15. Based on my training, experience, and knowledge of DNA as it pertains to evidence associated with criminal investigations, and the information provided above, your Affiant is seeking legal authority to swab the mouth of KENTRO TAYLOR, with a sterile swab, in order to obtain a sample of KENTRO TAYLOR's DNA. The oral swab (DNA

sample) taken from KENTRO TAYLOR will be compared to the DNA obtained from the listed evidence items.

16.     Based on the above information, I respectfully submit that there is probable cause to believe that firearm offenses, including a violation of Title 18, United States Code, Section 922(g)(1), have been committed, and that a buccal swab sample recovered from KENTRO TAYLOR will provide evidence concerning a violation of the aforementioned offenses. Therefore, I respectfully request that this Court issue a search warrant for a buccal swab sample recovered from the person of TAYLOR.

Respectfully submitted,

_____
Jordon Lear
TFO, ATF

Affidavit submitted by email/.pdf and attested to me as true and accurate by telephone consistent with Federal Rules of Criminal Procedure 4.1 and 41(d)(3) on August  31  , 2023.

_____
SCOTT JOHNSON, MAGISTRATE JUDGE
UNITED STATES DISTRIC COURT
MIDDLE DISTRICT OF LOUISIANA

# ATTACHMENT A

Description of Person to be Searched

The person to be searched is KENTRO TAYLOR. TAYLOR's date of birth is August 2, 1973, and his social security number is XXX-XX-3300. A photo of TAYLOR is below:



## **ATTACHMENT B**

<u>Items to be Seized</u>

The items to be seized are limited to two (2) oral swabs from the inside of TAYLOR's mouth for deoxyribonucleic acid (DNA) analysis and comparison.

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means    ❐ Original    ❐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
Middle District of Louisiana

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>Kentro Taylor, Date of Birth 08/02/1973,<br>Social Security Number XXX-XX-3300 | )<br>)<br>) Case No. 23-MJ-86<br>)<br>)<br>) |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the ___Middle___ District of ___Louisiana___
*(identify the person or describe the property to be searched and give its location)*:

ATTACHMENT "A"

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

ATTACHMENT "B"

**YOU ARE COMMANDED** to execute this warrant on or before    ___September 13, 2023,___    *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m.    ❐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to   ___Judge Scott D. Johnson___.
*(United States Magistrate Judge)*

❐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
❐ for ____ days *(not to exceed 30)*    ❐ until, the facts justifying, the later specific date of ____.

Date and time issued:  ___August 31, 2023, at 10:32 a.m.___     ___[signature]___
                                                                                                        *Judge's signature*

City and state:  ___Baton Rouge, LA___     ___Honorable Scott D. Johnson, Magistrate Judge___
                                                                            *Printed name and title*

AO 93C  (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| **Return** |||
|---|---|---|
| Case No.:<br>23-MJ-86 | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : |||
| Inventory of the property taken and name(s) of any person(s) seized: |||

| **Certification** |
|---|
| I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.<br><br><br>Date: _____<br><br>_____<br>*Executing officer's signature*<br><br>_____<br>*Printed name and title* |

# ATTACHMENT A

Description of Person to be Searched

The person to be searched is KENTRO TAYLOR. TAYLOR's date of birth is August 2, 1973, and his social security number is XXX-XX-3300. A photo of TAYLOR is below:



**ATTACHMENT B**

Items to be Seized

The items to be seized are limited to two (2) oral swabs from the inside of TAYLOR's mouth for deoxyribonucleic acid (DNA) analysis and comparison.